Exhibit A



# MARGAR ASSOCIATES LIMITED PARTNERSHIP                    ACTIVE

c/o Paramount Housing LLC, 5308 13th Avenue, # 423, Brooklyn, NY, 11219, United States

## Business Details

### General Information

**Business Name**
MARGAR ASSOCIATES LIMITED
PARTNERSHIP

**Business status**
ACTIVE

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
c/o Paramount Housing LLC, 5308 13th
Avenue, # 423, Brooklyn, NY, 11219, United
States

**Requires Annual Filing?**
Yes

**Annual report due**
9/13/2025

**Public substatus**
Current

**NAICS code**

**Business ALEI**
0584417

**Date formed**
9/13/1982

**Business type**
Limited Partnership

**Mailing address**

**Last report filed**
2024

**NAICS sub code**

Other Activities Related to Real Estate
(531390)

## Principal Details

Principal Name
PARAMOUNT BP LLC

Principal Title
GENERAL PARTNER

Principal Business address
5308 13TH AVE., #423, BROOKLYN, NY, 11219, United States

## Agent details

Agent name
CORPORATION SERVICE COMPANY

Agent Business address
GOODWIN SQUARE, 225 ASYLUM STREET, 20TH FLOOR, HARTFORD, CT, 06103, United
States

# Filing History


**Formation - Formation**
## 0001807582
Filing date: 9/13/1982                    Filing time:

Volume Type
P

Volume
30

Start page
280

Pages
1

Date generated
9/13/1982


**Amendment - Amend**
## 0001807583
Filing date: 1/7/1983                     Filing time:

Volume Type
P

Volume
32

Start page
662

Pages
1

Date generated
1/7/1983



### Amendment - Amend
## 0001807584
Filing date: 5/14/1992          Filing time:

Volume Type
P

Volume
62

Start page
1327

Pages
1

Date generated
5/14/1992



### Amendment - Amendment
## 0010144957
Filing date: 11/9/2021     Filing time: 09:00 AM

Volume Type

Volume

Start page

Pages

Date generated
11/9/2021

Digital copy
View as PDF



### Annual Report(2004)
## 0008948966
Filing date: 11/10/2021      Filing time: 03:21 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2005)
## 0008948959
Filing date: 11/10/2021      Filing time: 03:24 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021

Digital copy
View as PDF



### Annual Report(2006)
## 0008948954
Filing date: 11/10/2021        Filing time: 03:26 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2007)
## 0008948964
Filing date: 11/10/2021        Filing time: 03:26 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Annual Report(2008)**
**0008948957**
Filing date: 11/10/2021      Filing time: 03:27 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Annual Report(2009)**
**0008948952**
Filing date: 11/10/2021      Filing time: 03:28 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2010)
### 0008948955
Filing date: 11/10/2021      Filing time: 03:29 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2011)
### 0008948951
Filing date: 11/10/2021      Filing time: 03:29 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Annual Report(2012)**
**0008948967**
Filing date: 11/10/2021     Filing time: 03:34 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Annual Report(2013)**
**0008948965**
Filing date: 11/10/2021     Filing time: 03:36 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2014)
### 0008948963
Filing date: 11/10/2021     Filing time: 03:49 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2015)
### 0008948960
Filing date: 11/10/2021     Filing time: 03:49 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2016)
### 0008948958

Filing date: 11/10/2021     Filing time: 03:50 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



### Annual Report(2017)
### 0008948961

Filing date: 11/10/2021     Filing time: 03:51 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Annual Report(2018)**
**0008948962**
Filing date: 11/10/2021     Filing time: 03:52 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Annual Report(2019)**
**0008948956**
Filing date: 11/10/2021     Filing time: 03:52 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Annual Report(2020)**
**0008948953**
Filing date: 11/10/2021      Filing time: 03:53 PM

Volume Type

Volume

Start page

Pages

Date generated
11/10/2021



**Change of Agent - Subsequent Appointment of Statutory Agent**
**0010179339**
Filing date: 12/6/2021      Filing time: 08:30 AM

Volume Type

Volume

Start page

Pages

Date generated
12/6/2021

Digital copy
View as PDF



### Mass Agent Change – Address - Agent Address Change
### 0010456160
Filing date: 1/14/2022    Filing time: 07:30 AM

Volume Type

Volume

Start page

Pages

Date generated
1/14/2022



### Annual Report(2021)
### 0010492965
Filing date: 5/16/2022    Filing time: 05:09 PM

Volume Type

Volume

Start page

Pages

Date generated
5/16/2022

Digital copy
View as PDF



**Change of Agent - Agent Change**
**0010964183**
Filing date: 8/10/2022     Filing time: 12:03 PM

Volume Type

Volume

Start page

Pages

Date generated
8/10/2022

Digital copy
View as PDF



**Annual Report(2022)**
**0010703579**
Filing date: 10/7/2022     Filing time: 10:38 AM

Volume Type

Volume

Start page

Pages

Date generated
10/7/2022

Digital copy
View as PDF



**Annual Report(2023)**
**0011147054**
Filing date: 9/13/2023      Filing time: 11:00 PM

Volume Type

Volume

Start page

Pages

Date generated
9/13/2023

Digital copy
View as PDF



**Annual Report(2024)**
**0012183832**
Filing date: 9/13/2024      Filing time: 01:07 PM

Volume Type

Volume

Start page

Pages

Date generated
9/13/2024

Digital copy
View as PDF

## Name History

None

## Trade Names

None

## Shares

None