Exhibit C



# EMGEE ASSOCIATES LIMITED PARTNERSHIP          FORFEITED

C/O MURTHA, CULLINA, RICHTER AND PINNEY 101 PEARL STREET, HARTFORD, CT, 06103

## Business Details

### General Information

**Business Name**
EMGEE ASSOCIATES LIMITED PARTNERSHIP

**Business status**
FORFEITED

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
C/O MURTHA, CULLINA, RICHTER AND PINNEY 101 PEARL STREET, HARTFORD, CT, 06103

**Requires Annual Filing?**
Yes

**Annual report due**

**NAICS code**

**Business ALEI**
0554633

**Date formed**
12/20/1982

**Business type**
Limited Partnership

**Mailing address**

**Last report filed**

**NAICS sub code**

## Principal Details

None

## Agent details

Agent name
WILLARD F. PINNEY JR.

Agent Business address
128 BELLTOWN ROAD, SOUTH GLASTONBURY, CT, 06073, United States

# Filing History



**Formation - Formation**
**0001695801**

Filing date: 12/20/1982         Filing time:

Volume Type
P

Volume
31

Start page
1748

Pages
1

Date generated
12/20/1982



**Amendment - Amend**
**0001695802**

Filing date: 12/30/1982         Filing time:

Volume Type
P

Volume
32

Start page
53

Pages
1

Date generated
12/30/1982



**Administrative Dissolution - Notice of Intent to Dissolve/Revoke**
**0011992338**

Filing date: 9/25/2023     Filing time:

Volume Type

Volume

Start page

Pages

Date generated
9/25/2023

Digital copy
View as PDF



**Administrative Dissolution - Certificate of Dissolution/Revocation**
**0012508253**

Filing date: 12/28/2023    Filing time:

Volume Type

Volume

Start page

Pages

Date generated
12/28/2023

Digital copy
View as PDF

## Name History

None

## Trade Names

None

## Shares

None