Exhibit D

**BROWNSVILLE ASSOCIATES
(A NEW YORK LIMITED PARTNERSHIP)**

**dba BROWNSVILLE GARDENS**

**SECOND MORTGAGE 012-35683**

**FINANCIAL STATEMENTS
AND SUPPLEMENTARY INFORMATION
WITH INDEPENDENT AUDITOR'S REPORT**

**YEARS ENDED DECEMBER 31, 2024 AND 2023**

**BROWNSVILLE ASSOCIATES**
**(A NEW YORK LIMITED PARTNERSHIP)**

**NOTES TO FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2024 AND 2023**

**NOTE 7-GOING CONCERN**

The Mortgage Restructuring Mortgage Note matured on June 1, 2024. There is not adequate cash on hand at December 31, 2024 to pay the maturing debt. During the year ended December 31, 2024, management received a delinquency notice to pay the outstanding principal and interest. This raises substantial doubt about the entity's ability to continue as a going concern.