# Yale Gellman Obituary

GELLMAN--Yale, born September 16, 1934 died peacefully January 24, 2009, was a longtime resident of Great Neck, NY. He was born in Yonkers and grew up in the Bronx where he graduated as valedictorian of Evander Childs High School. He went on to graduate Phi Beta Kappa from NYU earning a full scholarship to Harvard Law School where he obtained a J.D. degree. He retired as a partner of Proskauer Rose LLP. He is survived by his beloved family: Estelle, his wife; Douglas, Russel and Beth, his children; Alexandra, his granddaughter; and his beloved sister Theodora "Doris" Yudin. Services to be held at "Sinai Chapels" Fresh Meadows, NY Tuesday January 27 at 11:30am.

To plant trees in memory, please visit the Sympathy Store.

Published by New York Times on Jan. 26, 2009.