# Yale H Gellman
## Death • United States, Social Security Death Index

No Image Available

**Document Information**

**Collection Information**
United States, Social Security Death Index

**Cite This Record**

"United States, Social Security Death Index," database, *FamilySearch* (https://familysearch.org/ark:/61903/1:1:VS7R-5PR : 12 January 2021), Yale H Gellman, 24 Jan 2009; citing U.S. Social Security Administration, *Death Master File*, database (Alexandria, Virginia: National Technical Information Service, ongoing).

| | |
|---|---|
| Name | Yale H Gellman |
| Middle Name | H |
| State | New york |
| Last Place of Residence | Philadelphia, Pennsylvania |
| Previous Residence Postal Code | 19103 |
| Age | 75 |
| Birth Date | 16 Sep 1934 |
| Death Date | 24 Jan 2009 |

**Tree**

ATTACH TO TR...

**Similar Records**

Yale Gellman
Find a Grave Index

https://www.familysearch.org/ark:/61903/1:1:VS7R-5PR?lang=en

# MEMBER PROFILE

## Yale H Gellman

Deceased

**Bar Number:**

255556

## Last Known Contact Information

**Mail Address:**

650 Stetson Rd
Elkins Park, PA 19027-2525

Office: **516-829-4230**

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.