

Search the website



I need to...

**FOR ATTORNEYS**    **FOR THE PUBLIC**    **CASES**    **NEWS & MEDIA**    **ABOUT**

## Quick Links

**BROWSE RULES**

Browse the Rules that govern attorneys.

**FILE A COMPLAINT**

File a complaint against an attorney.

**LOOK UP AN ATTORNEY**

View an attorney's contact information and disciplinary history.

**SEARCH OPINIONS**

Search Supreme Court and Disciplinary Board Opinions.

**RECENT CASES**

Search Supreme Court and

❮ Back to Search

# Gellman, Beth M.

### Public Information

*Pending Proceedings*      *History*

| | |
|---|---|
| **Attorney ID:** | 93189 |
| **Current Status:** | Active |
| **Date of Admission:** | 10/12/2004 |
| **Employer:** | Evergreen Education Solutions, LLC |
| **Address:** | 1206 PHEASANT RD RYDAL, PENNSYLVANIA 19046 |
| **Country:** | UNITED STATES |
| **Telephone:** | (267) 266-0418 |
| **Fax:** | N/A |

*Disciplinary Board Actions.*

**County:** MONTGOMERY

**District:** District 2

**Professional Liability Insurance:**
I maintain, either individually or through my firm, professional liability insurance of at least $100,000 per occurrence and $300,000 in the aggregate per year as set forth in Rule of Professional Conduct 1.4(c).

The DISCIPLINARY BOARD of the Supreme Court of Pennsylvania

Pennsylvania Judicial Center
601 Commonwealth Ave, Suite 5600
P.O. Box 62625
Harrisburg, PA 17106-2625

Phone: 717.231.3380
Fax: 717.231.3381

**FOR ATTORNEYS**
Rules
Forms
Attorney Registration
Reinstatement
Pro Bono
Attorney Gateway
Update My Information
Successorship
Lawyer Well-Being
FAQs &

**CASES**
Pending Cases
Recent Cases
Conservatorships
Search Opinions
Case Research Collection
Upcoming Public Proceedings

**NEWS & MEDIA**
Newsletter Archives

Newsletter Sign-up
Please enter your email address to sign up for the newsletter

Email

**SIGN UP!**

Follow us on Facebook
Follow us on LinkedIn
Follow us on YouTube
Follow us on Bluesky

Resources

**FOR THE PUBLIC**

File a Complaint

Look Up Attorney

FAQs & Resources

**ABOUT**

Our Structure

The Discipline Process

The Reinstatement Process

Annual Report

Leadership

Contact Us

©2007-2025 The Disciplinary Board of the Supreme Court of Pennsylvania.

Disclaimer | ADA Policy

 (https://bhba.org)

Join (/membership) | My BHBA+ (https://bhba.my.site.com/s/) | Store (https://bhba.org/store/)



# Beth Gellman-Beer

## Evergreen Education Solutions

 LinkedIn(https://www.linkedin.com/in/beth-gellman-beer-b25856a/)

## About/Bio

Beth Gellman-Beer, Esq., graduated from Franklin and Marshall College in 1997 with an Anthropology degree. Upon graduation, she joined CIGNA Corporation in its Human Resources Leadership Development Program.

In 2004, Ms. Gellman-Beer graduated from Temple University, Beasley School of Law. Upon graduation from law school, she joined a small plaintiff's law firm with a focus on employment and labor law. In 2007, Ms. Gellman-Beer joined the U.S. Department of Education, Office for Civil Rights (OCR) as a staff attorney. She was promoted to a supervisory attorney in 2009, Chief Attorney in 2019 and Regional Director in 2022. In

Privacy - Terms

her 18 years of experience at OCR, Ms. Gellman-Beer led and personally investigated hundreds of high-profile, controversial and complex complaints of discrimination and harassment under Title IX, Title VI, Section 504, the ADA and the Age Discrimination Act, and also conducted and oversaw hundreds of presentations to students, staff and attorneys regarding compliance under these statutes.

In March 2025, Ms. Gellman-Beer transitioned to private practice, opening an education consulting firm with her colleague of 18 years (Evergreen Education Solutions). At her consulting firm, Ms. Gellman-Beer provides expert, independent investigations, policy review/revisions and staff/student training for schools, and provides services as a neutral hearing officer.

Ms. Gellman-Beer lives in Abington, PA, with her husband, two children and two rescue pups. She enjoys reading, traveling, writing and volunteering in her community.

## A different kind of membership

Learn More >> (/membership)

### Membership (/membership)

Levels & Benefits(/membership)
Leadership Opportunities(/section-leadership)
Subscribe to BHBA OnDemand (/cle/ondemand-subscription)
Member Benefit Providers(/benefits)
Directory(/directory)
Law Students/Young Attorneys(/nextgen)
Fee Arbitration(/feearbitration)
Mentorship(/mentorship)
Pro Bono(/pro-bono)

### Legal Jobs (https://jobs.bhba.org)

### CLE Hub (/cle)

Upcoming Webinars(/events-calendar)
CLE Store(/store)
Explore OnDemand(/store)
Speaking Opportunities(/speaking-opportunities)
CLE Requirements(/california-cle-requirements)
Compliance Packages (/product-category/compliance-packages)
Attendance and Credit Policies(/cle-credit-policy)
Financial Aid(/financialaid)
Free/Low Cost CLEs(https://bhba.org/store/)

### About (/history-mission)
(h

Jobs Board(https://jobs.bhba.org)

Legal Support Staff(https://jobs.bhba.org)

# Foundation (/the-foundation)

Leadership (/the-foundation/leadership-of-the-beverly-hills-bar-foundation)

Scholarships(/the-foundation/scholarship-program)

Rule of Law (/the-foundation/rule-of-law-writing-competition)

Pro Bono Clinic(/the-foundation/community-legal-clinic)

ResolveLawLA(/the-foundation/resolvelawla)

Advertise With Us(/advertise)

Bylaws(/bylaws)

Capital Campaign(/building-beyond-tomorrow)

Civility Policy (/wp-content/uploads/2022/07/BHBA-Civility-Policy.pdf)

History & Mission(/history-mission)

Leadership (/leadership-of-the-beverly-hills-bar-association)

News(/news)

Staff(/staff)

Statement Issuance Policy (https://bhba.org/wp-content/uploads/2025/05/BHBA-Statement-Issuance-Policy-2025-updates-FINAL.pdf)

(https://www.facebook.com/beverlyhillsbarassociation)
(https://www.linkedin.com/company/2973906)
(https://www.youtube.com/channel/UChG24UbarsociationJ45lwFg)
(https://www.instagram.com/beverlyhillsbarassociation)

help@bhba.org

(310) 601-2422

Privacy Policy (https://bhba.org/privacy-policy/)

Terms of Use (https://bhba.org/terms-of-use/)

Civility Policy (https://bhba.org/wp-content/uploads/2022/07/BHBA-Civility-Policy.pdf)

Cancellation and Refund Policy (https://drive.google.com/file/d/1lec6jU7zOLJ2blQv1zXNMu-Y79tRgVmY/view?usp=sharing)

Copyright © 2025 Beverly Hills Bar Association. All rights reserved.