# AFFIRMATION OF SERVICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

KOSS & SCHONFELD, LLP 160 BROADWAY NEW YORK, NY 10038

Client's File No.: _____
Index Number: 516608/2025
Date Filed: May 19, 2025

MARGAR ASSOCIATES LIMITED PARTNERSHIP, AS A LIMITED PARTNER, AND IN THE RIGHT OF, AND DERIVATIVELY ON BEHALF OF, BROWNSVILLE ASSOCIATES, L.P.

*Plaintiff*

vs

MICHAEL J. LEVITT, INTERSTATE REALTY MANAGEMENT COMPANY AND MICHAELS MANAGEMENT - AFFORDABLE, LLC

*Defendant*

## SECRETARY OF STATE

**Steve Avery**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **6/4/2025** at **11:15 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **SUMMONS AND VERIFIED COMPLAINT WITH NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING**

on **BROWNSVILLE ASSOCIATES, L.P.**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to an leaving with **RHONYE BOWERY** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00.
That said service was made pursuant to **121-109 Revised Limited Partnership Act**

**Description:**
| Gender: Female | Race/Skin: Black | Age: 55 | Weight: 131-160 Lbs. | Height: 5ft4in-5ft8in | Hair: Black |
| Glasses: No | Other: | | | | |

I affirm on this day_____June 5, 2025_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Steve Avery
Server Lic #
JobID#   2532554

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE

1 of 1