LAW OFFICES
# RUSS & RUSS, P.C.

543 BROADWAY -  P.O. BOX 149 - MASSAPEQUA. NEW YORK 11758

TEL: 516/541-1014    FAX: 516/541-1077

JAY EDMOND RUSS  
LINDA EILEEN RUSS

•*Also Admitted in Connecticut*

*Of Counsel*  
IRA LEVINE  
DANIEL P. ROSENTHAL*

July 9, 2025

**(By ECF)**  
Magistrate Judge Peggy Kuo  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: Margar Associates Limited Partnership v. Levitt, et al  
Case No.: 25-cv-03267-NGG-PK  
Order to Show Cause on Subject Matter Jurisdiction

Dear Magistrate Judge Kuo:

  This firm is the attorney for the Defendants in this case.  I write to request permission to respond to Plaintiff's letter filed today (Doc. No. 11) in connection with the Court's pending Order to Show Cause on Subject Matter Jurisdiction.

  Plaintiff's letter merits a response as it does not conclusively establish that Margar is a citizen of Pennsylvania.  Our response will not exceed two pages.

  Accordingly, I request that this application be granted.

      Respectfully submitted,

      *Jay Edmond Russ*  
      JAY EDMOND RUSS